Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Infinite Glow LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1966005** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **2784 Homestead Road**  **Santa Clara, CA 95051**  Number, Street, City, State & ZIP Code  **Santa Clara**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **2912 14th Ave Oakland, CA 94606**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | **Infinite Glow LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | Infinite Glow LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | Infinite Glow LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 26 / 2025
MM / DD / YYYY

X _/s/ TC Sim_____  **Tara Singhal**
Signature of authorized representative of debtor  Printed name

Title **Managing Member**

**18. Signature of attorney**

X _/s/ Steven R. Fox_____  Date 2/26/25
Signature of attorney for debtor  MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone **818 774-3545**   Email address **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy page 4

**Fill in this information to identify the case:**

Debtor name: **Infinite Glow LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/26/2025    X _____
Signature of individual signing on behalf of debtor

**Tara Singhal**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Oakland Attn: Planning and Building Dept 250 Frank H. Ogawa Plaza, Suite 2340 Oakland, CA 94612-2031 | | Eviction moratorium ordinance fees | Disputed | | | $23,900.00 |
| City of Oakland Attn: Busines Dept 250 Frank H. Ogawa Plaza, Suite 1320 Oakland, CA 94612 | | Eviction moratorium ordinance fees | Disputed | | | $13,503.96 |
| City of Oakland Attn: Fire Department Frank H. Ogawa Plaza, Suite 5342 Oakland, CA 94612-2031 | | Eviction moratorium ordinance fees | Disputed | | | $6,939.00 |
| Cody Williams 2912 14th Ave Unit 107 Oakland, CA 94606 | 510 452 6300 | Habitability and insurance claims. 24CV08708 | Disputed | | | $300,000.00 |
| East Bay Municipal Utility District PO Box 51191 Los Angeles, CA 90051-5491 | 888 963 0909 | Utility services provided | | | | $350.96 |
| Gregory Patten 2912 14th Ave Unit 207 Oakland, CA 94606 | 510 452 6300 | Habitability and insurance claims. 24CV056092 | Disputed | | | $300,000.00 |
| Hummingbird Cleaning Services 3100 Alta Mira Drive San Pablo, CA 94806 | hummingbirdcs18@gmail.com 1 510 250 0946 | Utility services | | | | $600.00 |

| Debtor | Infinite Glow LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jeremy Ajaebo**<br>**2912 14th Ave**<br>**Unit 104**<br>**Oakland, CA 94606** | **510 452 6300** | **Habitability and insurance claims. 24CV051235** | **Disputed** | | | **$300,000.00** |
| **Longeway Pest Control**<br>**PO Box 1314**<br>**Martinez, CA 94553** | **510 499 2485** | **Services** | | | | **$175.00** |
| **Pacific Gas & Electric**<br>**77 Beale St**<br>**San Francisco, CA 94105** | **833 699 3223** | **Utility services provided** | | | | **$171.34** |
| **Tanika Rideau**<br>**2912 14th Ave**<br>**Unit 206**<br>**Oakland, CA 94606** | **510 452 6300** | **Habitability and insurance claims. 23CV051311** | **Disputed** | | | **$300,000.00** |
| **Waste Management**<br>**172 98th Ave**<br>**Oakland, CA 94603** | **csnorthbay@wm.com**<br>**510 613 8710** | **Utility services** | | | | **$991.47** |

| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor name | Infinite Glow LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor     Current value of debtor's interest

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Security Deposits | $9,533.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**     **$9,533.00**
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    | | | | | |
    |---|---|---|---|---|
    | 11b. Over 90 days old: | 10,827.12 | - | 0.00 | =.... $10,827.12 |
    | | face amount | | doubtful or uncollectible accounts | |

Debtor    Infinite Glow LLC                          Case number *(If known)*  _____
          Name

| 11b. Over 90 days old: | 242,937.32 | - | 242,937.32 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                    $10,827.12
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:   Investments
13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets
18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

### Part 9:   Real property
54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                         page 2

| Debtor | Infinite Glow LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| | 55.1. | 2912 14th Ave, Oakland, CA 94606 | Equitable interest | $1,250,000.00 | Appraisal | $4,700,000.00 |
|---|---|---|---|---|---|---|

56. **Total of Part 9.**  $4,700,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor: **Infinite Glow LLC**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,533.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,827.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................> | | $4,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,360.12 + 91b. | $4,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,720,360.12 |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 4

Case: 25-50253    Doc# 1    Filed: 02/27/25    Entered: 02/27/25 15:54:25    Page 11 of 19

**Fill in this information to identify the case:**

Debtor name: **Infinite Glow LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Alameda County Treasurer-Tax Collector**
Creditor's Name

1221 Oak St #131
Oakland, CA 94612
Creditor's mailing address

(510) 272-6800
Creditor's email address, if known

Date debt was incurred
**2020-2025**
Last 4 digits of account number
**7222**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. JP Morgan Chase Bank NA**
**2. Alameda County Treasurer-Tax Collector**

Describe debtor's property that is subject to a lien
**2912 14th Ave, Oakland, CA 94606**
**Property taxes.**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$532,754.64**
Value of collateral: **$4,700,000.00**

---

**2.2 JP Morgan Chase Bank NA**
Creditor's Name

**Attn: CEO, President, Officer**
**270 Park Ave**
**New York, NY 10017**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**7/3/2024**

Describe debtor's property that is subject to a lien
**2912 14th Ave, Oakland, CA 94606**
**UCC-1: 75032850002 (UCC-3 Filed 2023)**
**Case No.: 24CV082399**

Describe the lien
**UCC-1; Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$3,555,005.21**
Value of collateral: **$4,700,000.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor | Infinite Glow LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $4,087,759.85

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JP Morgan Chase Bank NA<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203 | Line  2.2  | |
| JP Morgan Chase Bank NA<br>Commercial Term Lending<br>PO Box 9176<br>Coppell, TX 75019-9176 | Line  2.2  | |
| JP Morgan Chase Bank NA<br>c/o Mia S. Blackler<br>600 Montgomery St 14th Flr<br>San Francisco, CA 94111 | Line  2.2  | mblackler@lubinsolson.com |

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**City of Oakland**<br>**Attn: Busines Dept**<br>**250 Frank H. Ogawa Plaza, Suite 1320**<br>**Oakland, CA 94612**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>**Eviction moratorium ordinance fees**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$13,503.96** | **$0.00** |
| 2.2 | **Priority creditor's name and mailing address**<br>**City of Oakland**<br>**Attn: Planning and Building Dept**<br>**250 Frank H. Ogawa Plaza, Suite 2340**<br>**Oakland, CA 94612-2031**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>**Eviction moratorium ordinance fees**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$23,900.00** | **$0.00** |

| | | |
|---|---|---|
| Debtor | Infinite Glow LLC | Case number (if known) |
| | Name | |

**2.3** Priority creditor's name and mailing address  
City of Oakland  
Attn: Fire Department  
Frank H. Ogawa Plaza, Suite 5342  
Oakland, CA 94612-2031

As of the petition filing date, the claim is: $6,939.00  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim: **Eviction moratorium ordinance fees**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address  
Cody Williams  
2912 14th Ave  
Unit 107  
Oakland, CA 94606

Date(s) debt was incurred **08/13/2024**  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $300,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Habitability and insurance claims. 24CV08708**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address  
East Bay Municipal Utility District  
PO Box 51191  
Los Angeles, CA 90051-5491

Date(s) debt was incurred **01/16/2025**  
Last 4 digits of account number **9120**

As of the petition filing date, the claim is: *Check all that apply.*  $350.96
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address  
Gregory Patten  
2912 14th Ave  
Unit 207  
Oakland, CA 94606

Date(s) debt was incurred **08/13/2024**  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $300,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Habitability and insurance claims. 24CV056092**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address  
Hummingbird Cleaning Services  
3100 Alta Mira Drive  
San Pablo, CA 94806

Date(s) debt was incurred **02/18/2025**  
Last 4 digits of account number **0125**

As of the petition filing date, the claim is: *Check all that apply.*  $600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address  
Jeremy Ajaebo  
2912 14th Ave  
Unit 104  
Oakland, CA 94606

Date(s) debt was incurred **08/13/2024**  
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $300,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Habitability and insurance claims. 24CV051235**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Infinite Glow LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Longeway Pest Control<br>PO Box 1314<br>Martinez, CA 94553<br><br>Date(s) debt was incurred  01/29/2025<br>Last 4 digits of account number  4975 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $175.00 |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Pacific Gas & Electric<br>77 Beale St<br>San Francisco, CA 94105<br><br>Date(s) debt was incurred  02/13/2025<br>Last 4 digits of account number  7495 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Utility services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $171.34 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Tanika Rideau<br>2912 14th Ave<br>Unit 206<br>Oakland, CA 94606<br><br>Date(s) debt was incurred  08/13/2024<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Habitability and insurance claims. 23CV051311<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $300,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Waste Management<br>172 98th Ave<br>Oakland, CA 94603<br><br>Date(s) debt was incurred  02/02/2025<br>Last 4 digits of account number  3001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Utility services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $991.47 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Alisone Crane & Melissa Wood<br>Bledsoe Diestel Treppa & Crane LLP<br>180 Sansome St 5th Flr<br>San Francisco, CA 94104-3713 | Line  **3.1**<br><br>☐ Not listed. Explain ____ | **Counsel for Infinite Glow, LLC (Defendant)** |
| 4.2 | Alisone Crane & Melissa Wood<br>Bledsoe Diestel Treppa & Crane LLP<br>180 Sansome St 5th Flr<br>San Francisco, CA 94104-3713 | Line  **3.5**<br><br>☐ Not listed. Explain ____ | **Counsel for Infinite Glow, LLC (Defendant)** |
| 4.3 | Alisone Crane & Melissa Wood<br>Bledsoe Diestel Treppa & Crane LLP<br>180 Sansome St 5th Flr<br>San Francisco, CA 94104-3713 | Line  **3.3**<br><br>☐ Not listed. Explain ____ | **Counsel for Infinite Glow, LLC (Defendant)** |
| 4.4 | Alisone Crane & Melissa Wood<br>Bledsoe Diestel Treppa & Crane LLP<br>180 Sansome St 5th Flr<br>San Francisco, CA 94104-3713 | Line  **3.8**<br><br>☐ Not listed. Explain ____ | **Counsel for Infinite Glow, LLC (Defendant)** |

| Debtor | Infinite Glow LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Broderick Brown**<br>**Broderick Brown Law Firm**<br>**2831 Telegraph Ave**<br>**Oakland, CA 94609** | Line  **3.1**<br>☐ Not listed. Explain ____ | **Counsel for Claimant in State Court Action** |
| 4.6 | **Broderick Brown**<br>**Broderick Brown Law Firm**<br>**2831 Telegraph Ave**<br>**Oakland, CA 94609** | Line  **3.5**<br>☐ Not listed. Explain ____ | **Counsel for Claimant in State Court Action** |
| 4.7 | **Broderick Brown**<br>**Broderick Brown Law Firm**<br>**2831 Telegraph Ave**<br>**Oakland, CA 94609** | Line  **3.3**<br>☐ Not listed. Explain ____ | **Counsel for Claimant in State Court Action** |
| 4.8 | **Broderick Brown**<br>**Broderick Brown Law Firm**<br>**2831 Telegraph Ave**<br>**Oakland, CA 94609** | Line  **3.8**<br>☐ Not listed. Explain ____ | **Counsel for Claimant in State Court Action** |
| 4.9 | **WM Corporate Services, Inc.**<br>**PO Box 541008**<br>**Los Angeles, CA 90054-1008** | Line  **3.9**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 44,342.96 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,202,288.77 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,246,631.73 |

**United States Bankruptcy Court**
**Northern District of California**

In re  **Infinite Glow LLC**

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Infinite Glow LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]


___02/26/2025___
Date

___/s/ Tara Singhal___
**Tara Singhal**
Signature of Managing Member

# United States Bankruptcy Court
## Northern District of California

In re **Infinite Glow LLC**

Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mukunda Singhal** <br> **2784 Homestead Road** <br> **Santa Clara, CA 95051** | | | **50%** |
| **Tara C. Singhal** <br> **2784 Homestead Road** <br> **Santa Clara, CA 95051** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  02/26/2025

Signature _TCSin_
**Tara Singhal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders